UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARISSA DARLINGH,

    Plaintiff,

v.

ADRIA MADDALENI, THERESE FREIBERG,
OPHELIA KING, and MILWAUKEE BOARD OF
SCHOOL DIRECTORS,

    Defendants.

Case No. 22-CV-1355

---

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

---

Plaintiff hereby moves for a preliminary injunction under F.R.C.P. 65 ordering Defendants to reinstate Ms. Darlingh to her former position (including back pay), and ordering them to remove their public property ban against her. The grounds for this motion are set forth in the accompanying Brief and Declarations filed contemporaneously with this motion.

Dated: December 13, 2022

    Respectfully Submitted,

    WISCONSIN INSTITUTE FOR LAW & LIBERTY

    Rick Esenberg (#1005622)
    rick@will-law.org

    /s/ Luke N. Berg
    Luke N. Berg (#1095644)
    (414) 727-7361 | luke@will-law.org

    Cara M. Tolliver (#1112818)
    cara@will-law.org

    Lucas T. Vebber (#1067543)
    lucas@will-law.org

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414) 727-6385

Attorneys for Plaintiff