The Fun Best you are counsler and nice
the the best She cares
Best Counsler! cool about people
You Very professional! Best
gool speedy good teacher
best person good the english Care
es muy yo ur a saveyer full
pero muy fortrees the Green house
amable

Ms. Marissa

She is nice You're
and faithful awsome a good the
mind funny person Hola best
full smart ever mentor leader
ness kind eres a in the
nice buef(crossed out) am helpfull build
A Best Calming a great person
nice teacher. so kind great
Sweet thoghtful awsome
kind Awesome funny!!
very nice Very chill nice
straight chill fun and careing and chill

Case 2:22-cv-01355-SCD   Filed 12/13/22   Page 1 of 1   Document 13-1

EXHIBIT 1