

OFFICE OF HUMAN CAPITAL
Employee Rights Administration Department
5225 West Vliet Street
P.O. Box 2181
Milwaukee, WI 53201-2181
Phone: 414-773-9876
Fax:    414-777-7857

## Employee Request for GPS: Guided Problem Solving

How did you hear about GPS? Yashica
Form: ☐ Fax ☐ Mail ☑ Other  scan
Request by: ☑ individual ☐ joint request
Requesting Party:
  Name: Marissa Darlingh
  Address: 730 W Lapham Blvd.
  Phone (Work/Other): (414) 902-9359
  E-mail address (Work/Other): darlinmn@milwaukee.k12.wi.us
  Work Location: Allen-Field
Brief Summary of Requesting Party's Issues:

13/22 Alondra Garcia, 2nd grade bilingual teacher, approached me aggressively twice in one day in response to something I said on my own time that she disagreed with. First she cornered me in my office so I walked away and hid in a storage room. Second, she ambushed me on my way out of the school bldg. around 4:

Responding Party:
  Name: Alondra Garcia
  Address: 730 W Lapham Blvd.
  Phone:
  E-mail address: garciaaz@milwaukee.k12.wi.us
  Work Location: Allen-Field
Brief Summary of Responding Party's Issues: (Where a Joint Request)



OFFICE OF HUMAN CAPITAL
Employee Rights Administration Department
5225 West Vliet Street
P.O. Box 2181
Milwaukee, WI 53201-2181
Phone: 414-773-9876
Fax: 414-777-7857

**Previous Action Taken by Parties to Resolve Issues, If Any:**

Dept. of Equity and Inclusion voluntary meeting scheduled 6/13/22. I plan to attend

**Is there any kind of Grievance, Unfair Labor Practice or formal or informal complaint pending? If so, who filed? Please specify date filed.**

I received notice of discipline meeting on 6/9/22 with bullying and harassment cited

**Are you requesting a particular GPS Guide? If so, who?**
(See ERAD homepage for GPS Guide Profiles)

Marc Sanders

**Are there any other circumstances we should be aware of?**

When Ms. Garcia approached me on my way to my car 6/3/22 at 4:30 she accused me of listening in on a private conversation she was having with 2 teachers in a darkened classroom as I passed. When I told her I hadn't been listening to anything she said "no, honey, I don't think that's what's happening."
I responded by saying "don't call me honey. I'm older than you and I deserve respect."
I acknowledge that this was not an appropriate way to respond.

Received by: _____
Date Received: _____
Intake by: _____
Assigned to: _____
Action Taken: _____
(e.g., assigned to mediation)