| | |
|---|---|
| **From:** | Spears, Yashica Q |
| **To:** | Darlingh, Marissa |
| **Cc:** | Ehrsam, Malin |
| **Subject:** | Re: |
| **Date:** | Wednesday, June 15, 2022 10:02:30 AM |

Good morning,

I briefly discussed the process with the potential participant, and she declined to participate.

Thank you,

Yashica Spears
EEO Compliance Specialist
Employee Rights Administration Department
Office of Human Resources
Milwaukee Public Schools
Phone (414) 475-8427
Fax (414) 777-7857
spearsyq@milwaukee.k12.wi.us

---

**From:** Darlingh, Marissa <darlinmn@milwaukee.k12.wi.us>
**Sent:** Friday, June 10, 2022 9:14 AM
**To:** Spears, Yashica Q <spearsyq@milwaukee.k12.wi.us>
**Subject:**

EXHIBIT 3