UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARISSA DARLINGH,

    Plaintiff,

v.    Case No. 22-CV-1355

ADRIA MADDALENI, THERESE FREIBERG,
OPHELIA KING, and MILWAUKEE BOARD
OF SCHOOL DIRECTORS,

    Defendants.

## MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendants Adria Maddaleni, et. al, by their undersigned counsel hereby moves the Court to dismiss the Plaintiff's Complaint for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12 (b)(6). The grounds for this motion are set forth in the accompanying Brief filed contemporaneously with this motion

Dated and signed at Milwaukee, Wisconsin this 13th day of January, 2023.

    TEARMAN SPENCER
    City Attorney

    s/James D. Lewis
    +JAMES D. LEWIS
    Assistant City Attorney
    State Bar No. 1113730
    *Attorneys for Defendants*

**ADDRESS:**
200 East Wells Street
CH 800
Milwaukee, WI 53202
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email: jalewis@milwaukee.gov
1071-2022-1572/283323