UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARISSA DARLINGH,

    Plaintiff,

  v.

ADRIA MADDALENI, THERESE FREIBERG,
OPHELIA KING, and MILWAUKEE BOARD OF
SCHOOL DIRECTORS,

    Defendants.

Case No. 22-CV-1355

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

Because Defendants' arguments in their response to Plaintiff's preliminary injunction motion, Dkt. 21, are nearly identical to those in support of their motion to dismiss, Dkt. 26, Plaintiff today files a single, combined brief as her reply brief in support of a preliminary injunction and in response to Defendants' motion to dismiss. Her brief is 17 pages long, two pages over the limit for a reply brief (but well under the limit for a response to the motion to dismiss). To the extent necessary, Plaintiff hereby moves, under Civ. L. R. 7(f), (g), (i), for permission to file the attached brief in excess of the limit for reply briefs. Defendants do not object to this motion. Both sides agree that Defendants get one more brief in reply in support of their motion to dismiss.

Dated: January 27, 2023

                              Respectfully Submitted,

                              WISCONSIN INSTITUTE FOR LAW & LIBERTY

                              Rick Esenberg (#1005622)
                              rick@will-law.org

                              /s/ Luke N. Berg

Luke N. Berg (#1095644)
(414) 727-7361 | luke@will-law.org

Cara M. Tolliver (#1112818)
cara@will-law.org

Lucas T. Vebber (#1067543)
lucas@will-law.org

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414) 727-6385

Attorneys for Plaintiff