IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MARISSA DARLINGH

    Plaintiff,

v.

    Case No. 22-CV-1355

ADRIA MADDALENI, THERESE FREIBERG,
OPHELIA KING, and MILWAUKEE BOARD OF
SCHOOL DIRECTORS

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Marissa Darlingh, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Decision and Order (Dkt. 33), entered on March 13, 2023, denying Plaintiff's motion for a preliminary injunction (Dkt. 11), and granting Defendants' motion to dismiss Plaintiff's First Amendment claim (Dkt. 25).

Dated: March 29, 2023

Respectfully Submitted,

WISCONSIN INSTITUTE FOR LAW & LIBERTY

Rick Esenberg (#1005622)
(414) 727-6367 | rick@will-law.org

/s/ Luke N. Berg
Luke N. Berg (#1095644)
(414) 727-7361 | luke@will-law.org

*Counsel of Record*

Cara M. Tolliver (#1112818)
cara@will-law.org

Lucas T. Vebber (#1067543)
lucas@will-law.org

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414) 727-6385

Attorneys for Plaintiff