UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARISSA DARLINGH,

            Plaintiff,

v.                                                 Case No. 22-CV-1355

ADRIA MADDALENI, THERESE FREIBERG,
OPHELIA KING, and MILWAUKEE BOARD
 OF SCHOOL DIRECTORS,

            Defendants.

---

## NOTICE OF APPEARANCE

---

      PLEASE TAKE NOTICE that the City Attorney, Evan C. Goyke, by Assistant City Attorney Katherine A. Headley, represents and appears for the defendants, Adria Maddaleni, Therese Freiberg, Ophelia King and the Milwaukee Board of School Directors, in the above-entitled action, and demands that a copy of all proceedings subsequent to the summons and complaint herein be served at our office, at Suite 800, City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

      Dated and signed at Milwaukee, Wisconsin this 29th day of July, 2025.

                                          EVAN C. GOYKE
                                          City Attorney

                                          s/Katherine A. Headley
                                          Katherine A. Headley

ADDRESS:                      Assistant City Attorney
800 City Hall                   State Bar No. 1115841
200 East Wells Street          *Attorneys for Defendants*
Telephone: 414-286-2601
Fax: 414-286-8550
Email: khead@milwaukee.gov

1071-2022-1572:298914