UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARISSA DARLINGH,

    Plaintiff,

v.    Case No. 22-CV-1355

ADRIA MADDALENI, THERESE FREIBERG,
OPHELIA KING, and MILWAUKEE BOARD
OF SCHOOL DIRECTORS,

    Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Assistant City Attorney Katherine A. Headley, hereby moves the Court to accept the withdrawal of James D. Lewis as counsel for the defendants, and his name may be removed from the court's efiling distribution list.

Dated and signed at Milwaukee, Wisconsin this 29th day of July, 2025.

    EVAN C. GOYKE
    City Attorney

    s/Katherine A. Headley
    Katherine A. Headley
    Assistant City Attorney
    State Bar No. 1115841
    *Attorneys for Defendants*

ADDRESS:
800 City Hall
200 East Wells Street
Telephone: 414-286-2601
Fax: 414-286-8550
Email: khead@milwaukee.gov

1071-2022-1572/298926