# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Marissa Darlingh,

                              Plaintiff,      Case No. 22-CV-1355

v.

**MINUTE SHEET**

Adria Maddaleni, et al,

                              Defendant.

---

**Hon. Stephen C. Dries, presiding.**      **Deputy Clerk:** Tony Byal

**Type of Proceeding:** TELEPHONIC STATUS CONFERENCE

**Date:** August 14, 2025 at 9:30 AM     **Court Reporter:** Zoom Audio

**Time Commenced:** 9:30 AM     **Time Concluded:** 9:32 AM

**Appearances:**   **Plaintiff:**   Luke Berg

                    **Defendant:**   Katherine Headley

**Comments:**
Parties expect to file stipulation of dismissal today or tomorrow.