UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARISSA DARLINGH

    Plaintiff,

v.

    Case No. 22-CV-1355

ADRIA MADDALENI, et al.,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses this action with prejudice. Each side shall bear their own fees and costs.

Dated: August 14, 2025.

    Respectfully Submitted,

    WISCONSIN INSTITUTE FOR LAW & LIBERTY

    s/ *Luke N. Berg*
    Luke N. Berg (WI Bar No. 1095644)
    330 East Kilbourn Avenue, Suite 725
    Milwaukee, WI 53202
    Telephone: (414) 727-9455
    Facsimile: (414) 727-6385
    Luke@will-law.org
    *Attorneys for Plaintiff*

    EVAN C. GOYKE
    Milwaukee City Attorney

    s/ *Katherine A. Headley*
    Katherine A. Headley (WI Bar No. 1115841)
    Assistant City Attorney

    200 E. Wells Street, City Hall Room 800

Milwaukee, WI 53202
Telephone: (414) 286-2601
Facsimile: (414) 286-8550
khead@milwaukee.gov

*Attorneys for Defendants*